# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CRAIG COURTOIS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>C.D.C., et al.,<br><br>　　　　Respondents.<br>_____/ | CV F   05-1152 OWW SMS HC<br><br>ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>[Doc. 10] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed an Application to Proceed In Forma Pauperis and a certified copy of his prison trust account statement. Examination of these documents reveals that Petitioner is unable to afford the costs of this action. Accordingly, the Application to Proceed In Forma Pauperis is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

**Dated:   February 9, 2006**　　　　　　　　　　　/s/ Sandra M. Snyder
ah0l4d　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1