1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  PAUL CRAIG COURTOIS,                          CV F   05-1152 OWW SMS HC

10                          Petitioner,          ORDER DENYING PLAINTIFF'S MOTION
                                                 TO ADMIT POLYGRAPH TESTING,
11          v.                                   MOTION FOR LEAVE TO FILE EVIDENCE,
                                                 AND MOTION TO AMEND
12
     C.D.C., et al.,                             [Docs. 5, 6, 7]
13
                            Respondents.
14  _____/

15
16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18          On October 5, 2005, Petitioner filed a motion to admit polygraph and drug testing,

19  motion for leave of court to file evidence, and motion to amend the petition.

20          In his motion to admit the polygraph and drug testing, Petitioner indicates that he wishes

21  to admit polygraph testing examinations to demonstrate that the witnesses are lying.  In his

22  motion for leave of court to file evidence, Petitioner merely states that the Court may subpoena

23  evidence at a later stage of the case.  In his motion for leave to amend, Petitioner indicates that he

24  has had limited access to the law library.

25          As the Court has yet to review the merits of Petitioner's claim, it cannot determine the

26  relevancy of the evidence of which Petitioner wishes to submit.  Further, Petitioner is advised he

27  may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of

28  Court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to

1

habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases.  <u>Calderon v. United States District Court (Thomas)</u>, 144 F.3d 618, 620 (9th Cir. 1998); <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th Cir. 1995).

Based on the foregoing, it is HEREBY ORDERED that Petitioner's motions filed October 5, 2005, are DENIED.

IT IS SO ORDERED.

**Dated:    February 16, 2006**          **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE