UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL CRAIG COURTOIS, | ) | 1:05-cv-01152-OWW-SMS-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 12) |
| v. | ) | |
| | ) | **ORDER DISMISSING CLAIM** |
| C.D.C., et al., | ) | |
| | ) | **ORDER DENYING REQUEST FOR** |
| Respondents. | ) | **APPOINTMENT OF COUNSEL** |
| | ) | |
| | | **ORDER GRANTING LEAVE TO AMEND PETITION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On February 17, 2006, the Magistrate Judge filed Findings and Recommendations that Petitioner's claim challenging his conviction arising from Humboldt County be DISMISSED for lack of jurisdiction; that Petitioner's request for appointment of counsel be DENIED; and, that Petitioner be granted leave to amend the petition regarding his parole hearing claim. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 17, 2006, are ADOPTED IN FULL;

2. Petitioner's claim challenging his conviction arising from Humboldt County is DISMISSED from this action for lack of jurisdiction;

3. Petitioner's request for appointment of counsel is DENIED; and,

4. Petitioner is GRANTED leave to amend the petition regarding his parole hearing claim, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   April 6, 2006**                       **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE