# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CRAIG COURTOIS,<br><br>        Petitioner,<br><br>   v.<br><br>C.D.C., et al.,<br><br>        Respondents. | CV F  05-1152 OWW SMS HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING PETITIONER TO FILE AMENDED PETITION WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[Docs. 17, 18] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 17, 2006, the undersigned issued Findings and Recommendations recommending that certain claims be dismissed from the petition, and Petitioner be directed to file an amended petition regarding his parole hearing claim.  The Findings and Recommendations were adopted in full on April 7, 2006, and Petitioner was directed to file an amended petition within thirty days from the date of service of that order.  Petitioner failed to respond to the Court's April 7, 2006, order; therefore, Findings and Recommendations were issued on June 5, 2006, recommending dismissal of the action for failure to prosecute.  (Court Doc. 17.)  On June 12, 2006, Petitioner filed objections to the Findings and Recommendations claiming that prison officials did not deliver his mail.  (Court Doc. 18.)

    In light of Petitioner's contention, the Findings and Recommendations of June 5, 2006, shall be vacated, and Petitioner will be granted thirty days from the date of service of this order to

submit his amended petition in compliance with the Court's April 7, 2006, order.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendation of June 5, 2006, is VACATED; and
2. Petitioner shall file an amended petition within thirty (30) days from the date of service of this order in compliance with the Court's April 7, 2006, order.

IT IS SO ORDERED.

**Dated:**   **July 26, 2006**                          /s/ Sandra M. Snyder
icido3                                                  UNITED STATES MAGISTRATE JUDGE