# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CRAIG COURTOIS,<br><br>            Petitioner,<br><br>      v.<br><br>C.D.C., et al.,<br><br>            Respondents.<br>_____/ | CV F   05-1152 OWW SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO STATE A COGNIZABLE CLAIM<br><br>[Doc. 21] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On August 23, 2006, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

   On September 6, 2006, and September 8, 2006, Petitioner filed timely objections to the Findings and Recommendation. (Court Docs. 22, 23.)

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. In his objections, Petitioner raises incoherent claims regarding his criminal conviction in Humboldt County. However, any claims regarding

1 Petitioner's underlying conviction from Humboldt County were previously dismissed from this
2 action for lack of jurisdiction. (Court Doc. 16.) Furthermore, any claims Petitioner is attempting
3 to raise regarding his conditions of confinement are not cognizable via § 2254, and must be
4 raised by way of a civil rights complaint pursuant to 42 U.S.C. § 1983.Petitioner's objections
5 present no grounds for questioning the Magistrate Judge's analysis.

6      Accordingly, IT IS HEREBY ORDERED that:

7     1.    The Findings and Recommendation issued August 23, 2006, is ADOPTED IN
8         FULL;
9     2.    The Petition for Writ of Habeas Corpus is DISMISSED; and
10     3.    The Clerk of the Court is DIRECTED to close this action. This terminates this
11         action in its entirety; and

12 IT IS SO ORDERED.

13 **Dated:**   **September 28, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                      UNITED STATES DISTRICT JUDGE